AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Northern District of California

E-filing

Board of Trustees for the UFCW – Local 870 Northern California Employers Joint Pension Fund
        Plaintiff
            v.
Neldam's Danish Bakery, Inc.
        Defendant

Civil Action No.

CV 08 3902

JCS

**Summons in a Civil Action**

To: *(Defendant's name and address)*
   Neldam's Danish Bakery, Inc.
   3401 Telegraph Avenue
   Oakland, CA 94609

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

SEYFARTH SHAW LLP
Mitchel D. Whitehead (SBN 82943)
mwhitehead@seyfarth.com
2029 Century Park East, Suite 3300
Los Angeles, CA 90067-3063
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

SEYFARTH SHAW LLP
Jonathan A. Braunstein (SBN 227322)
jbraunstein@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, CA 94105
Telephone: (415) 397-2823
Fax: (415) 397-8549

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: AUG 1 5 2008

Richard W. Wieking
Name of clerk of court

Helen L. Almacen
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

American LegalNet, Inc.
www.FormsWorkflow.com