UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOT FOR UNITED FOOD, ET AL.,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>NELDHAM'S DANISH BAKERY INC,<br><br>　　　　Defendant(s).<br>_____/ | No. C 08-03902 JCS<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**<br>**AND**<br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party in the above-captioned civil matter hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 9/2/08

Signature

Counsel for Plaintiff
(Name or party or indicate "pro se")